## 16955. PARKER v. PARKER.

JENKINS, P. J. 1. "Under repeated decisions of this court and of the Supreme Court, each special ground of a motion for a new trial must be complete and understandable within itself, without reference to the brief of evidence or to any other part of the record." *Gaskins* v. *Courson,* 34 *Ga. App.* 420 (129 S. E. 920). Under the rule stated, it is not permissible to deal with the special ground of the motion for a new trial in this case.

2. The evidence being in conflict so that a finding for either party would have been authorized, the verdict can not be set aside on the general grounds.

*Judgment affirmed. Stephens and Bell, JJ., concur.*

DECIDED MAY 14, 1926.

Trover; from Bibb superior court—Judge Malcolm D. Jones. September 26, 1925.

Anna Parker brought trover against John Parker for property alleged to be of the value of $227.25, and obtained a verdict for $114. The defendant moved for a new trial upon general grounds, and upon the ground that "the court erred in permitting checks and notes to be introduced as evidence in said case, as described in motion for new trial, and set out in brief of evidence over the objections of the defendant." The motion for a new trial was overruled, and the movant excepted.

*J. D. Hughes,* for plaintiff in error.

*H. F. Strohecker, B. J. Fowler,* contra.

Appeal and Error, 3 C. J. p. 967, n. 42; 4 C. J. p. 866, n. 51.
New Trial, 29 Cyc. p. 827, n. 45.